# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

EMMA ROSE PETERING,                )
                                   )
         Plaintiff,                )
                                   )
v.                                 )                No. 2:25-cv-03021-SHL-jay
                                   )
FRANK BISIGNANO,                   )
Commissioner of Social Security    )
                                   )
         Defendant.                )
                                   )

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 6, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Remand (ECF No. 18), filed May 26, 2026, the decision of the Commissioner is **REVERSED** and the action is **REMANDED** for rehearing pursuant to sentence four of 42 U.S.C. § 405(g).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 26, 2026
Date